UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MARY P. BRANDT,

    Debtor,

WELLS FARGO HOME MORTGAGE, INC.

    Defendant-Appellant.

v.

THOMAS C. RICHARDSON,

    Plaintiff-Appellee,
_____/

File No. 1:10-CV-55

HON. ROBERT HOLMES BELL

## J U D G M E N T

In accordance with the opinion and order entered this date, the Court hereby enters **JUDGMENT** in favor of Plaintiff-Appellee Thomas C. Richardson.


Dated: August 25, 2010

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE